# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>SURINDER SINGH NIJJAR | Case Nos.<br>04-5356 AWI and 06-150 AWI |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, SURINDER SINGH NIJJAR, have discussed with Kimberly M. Dalton, Supervisory Pretrial Services Officer, modifications of my release conditions as follows:

That the conditions of pretrial release requiring approval of the Pretrial Services Agency for travel outside the United States, and residence changes or absences of more than 24 hours; the required submission of proof of employment to Pretrial Services, and reporting to and compliance with the rules and regulations of the Pretrial Services Agency; be vacated. All other previously imposed conditions of pretrial release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Surinder S. Nijjar_  2.8.08      _Kimberly M. Dalton_  2/8/08
Signature of Defendant   Date     Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                  2/25/08
Signature of Assistant United States Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Anthony P Capozzi_                             2/22/08
Signature of Defense Counsel                    Date

## ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on  2-25-08.
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                                   2-25-08
Signature of Judicial Officer                   Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services