McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00150 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION AND ORDER TO |
| v. | ) | DISMISS INDICTMENT |
| | ) | |
| SURINDER SINGH NIJJAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America hereby moves to dismiss the Indictment in this case as to the above-named defendant in the interests of justice.

Dated: June 2, 2008                    Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                       By /s/
                                         MARK E. CULLERS
                                       Assistant U. S. Attorney

1

**ORDER**

In the interests of justice, and upon motion by the United States, the above-named indictment as against defendant Surinder Singh Nijjar, is hereby DISMISSED.

IT IS SO ORDERED.

**Dated:   June 3, 2008**               /s/ Anthony W. Ishii
                                  UNITED STATES DISTRICT JUDGE